**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00409-REB-MEH

BIXUAN ZHENG,

     Plaintiff,

v.

NEXION HEALTH, INC., a Delaware corporation, and
NEXION HEALTH AT CHERRY CREEK, INC., a Delaware corporation d/b/a CHERRY CREEK NURSING CENTER,

     Defendants.

## ORDER DENYING MOTION FOR CONSOLIDATION OF ACTIONS

**Blackburn, J.**

The matter before me is plaintiff's **Motion for Consolidation of Actions** [#17][1] filed March 24, 2014. I deny the motion.

Under the Local Rules of Practice of the United States District Court for the District of Colorado - Civil, "[a] motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial" and, if consolidation is found to be warranted, the consolidated case is assigned to the docket in the lowest numbered case. **D.C.COLO.LCivR** 42.1. In this matter, that case putatively is *Ekhator et al. v. Nexion Health, Inc. et al.*, Civil Action No. 13-cv-3329-REB-KMT. Although I am the district judge assigned to both cases,

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management system and electronic case filing (CM/ECF). I use this convention throughout this order.

resolution of the motion for consolidation must be docketed and decided in the oldest numbered case.

**THEREFORE, IT IS ORDERED** that **Motion for Consolidation of Actions** [#17] filed March 24, 2014, is **DENIED**.

Dated March 25, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge