IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00409-REB-MEH

BIXUAN ZHENG,

    Plaintiff,

v.

NEXION HEALTH, INC., a Delaware corporation, and
NEXION HEALTH AT CHERRY CREEK, INC., a Delaware corporation, d/b/a CHERRY CREEK NURSING CENTER

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 21, 2014.**

    The Joint Motion for Entry of Protective Order [filed May 20, 2014; docket # 23] is **granted**. The parties proposed Protective Order is accepted and filed contemporaneously with this minute order.