IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00409-REB-MEH

BIXUAN ZHENG,

      Plaintiff,

v.

NEXION HEALTH, INC., a Delaware corporation, and
NEXION HEALTH AT CHERRY CREEK, INC., a Delaware corporation, d/b/a CHERRY CREEK NURSING CENTER

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2014.**

      For good cause shown, the Plaintiff's Unopposed Motion for Leave to Amend Scheduling Order to Extend Deadline to Join Parties and Amend Pleadings [filed July 1, 2014; docket # 31] is **granted**. Paragraph 9 of the Scheduling Order in this case shall be modified as follows:

a.    Deadline for Joinder of Parties and Amendment of Pleadings: Thursday, July 22, 2014.