**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00409-REB-MEH

BIXUAN ZHENG,

    Plaintiff,

v.

NEXION HEALTH, INC., a Delaware corporation, and
NEXION HEALTH AT CHERRY CREEK, INC., a Delaware corporation, d/b/a CHERRY CREEK NURSING CENTER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation For Dismissal With Prejudice** [#35][1] filed August 13, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation For Dismissal With Prejudice** [#35] filed August 13, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set April 10, 2015, are **VACATED**;

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence April 27, 2015, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 13, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2